FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 28 2021

MITCHELL R. ELFERS
CLERK

21cv700 WJ-SMV

To: Clerk - Records Department

From: Tommy Sharp

I am being detained at the Cibola County Correction Center. I am very poor. I have a public defender who cannot represent me in civil cases. Therefore, I will represent myself. I have an EBT card, which also proves I am too poor to pay document recording fees, services fees or witness fees and request that the court pay these fees for me. I do not have access to the forms to request this since I am being detained.

Therefore, please record the attached complaint and serve the Defendant.

Thank you,

Tommy Sharp, Plaintiff

United States Federal Court
for the District of New Mexico

Tommy Sharp
  v.                          case no.
State of New Mexico
(All State Elected Persons)

CIVIL COMPLAINT

According to NMSA 10-2-7, all state elected officials must have given oath and surety bond to perfect their oath of office. Plaintiff has a letter from the New Mexico Secretary of State that says the surety bonds do not exist at the Secretary of State's office as the law, New Mexico Statute 10-2-4 through 10-2-11, require.

The New Mexico court case called Bowman Bank and Trust v. Risk National Bank, 1930, states that if all elected officials in New Mexico must give oath and bond as require by law or they fail to oust immcubant from office.

Since these newly elected officials fail to oust their predecessor from office, they have failed to legally

enter office, and are just defacto employees of the state wanting in dejure authority to perform the duty of office. This means they are fake/frauds who have illegally stolen the office and have no jurisdiction to perform the duty of office. This is major fraud against the United States in violation of 18 USC 1031. This means the elected government are principals who collect unlawful debts in violation of the RICO Act, 18 USC 1962, and are enemies of the United states like gangsters are domestic enemies. By not having the surety bonds, they adhere to, give aid and comfort to the enemy, which is treason, 18 USC 2381. Each elected official, by not having a surety bond, has advocated for the overthrow of government, 18 USC 2385.

Plaintiff seeks damages of $5 Million for each elected official who does not have a bond. Since there are over 18,000 elected officials this equals over $90 Billion.

Plaintiff will settle this case for $100 million provided all state elected

officials immediately step down and leave office, and the state immediately hold new elections to replace these criminals and seek prosecution of these criminals as the law allows.

In addition, the surety bond laws must be strictly enforced from the time the replacements enter office. Those government employees who support the enemy Racketeering Influenced Corrupt Organization should also be fired from their jobs.

Plaintiff request that this court be honorable and do its duty to God and country and fix this severe problem as outlined above and award plaintiff the damages and relief requested herein.

Plaintiff prays to God Almighty that the relief requested be granted.

Tommy Sharp, Plaintiff
Tommy Sharp

Donald (Tommy) Sharp
CCCC
PoBox 3540
Milan, NM 87021

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 28 2021

MITCHELL R. ELFERS
CLERK

United States Federal Court
for the District of New Mexico
Attention: Records Clerk
333 Lomas Blvd
Albuquerque, NM 87102

ALBUQUERQUE NM 870
27 JUL 2021 PM 3




USA FOREVER

Legal Mail
Confidential

87102-227470